IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Darlene B. Oblinger, | Case No. 3:14 CV 1447 |
| Plaintiff, | ORDER ADOPTING<br>REPORT AND RECOMMENDATION |
| -vs- | JUDGE JACK ZOUHARY |
| Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Darlene Oblinger timely filed a Complaint (Doc. 1) against the Commissioner of Social Security, seeking judicial review of the Commissioner's decision to deny her Supplemental Security Income and Disability Insurance Benefits.

This case was referred to Magistrate Judge Vecchiarelli for a Report and Recommendation ("R&R") pursuant to Local Rule 72.2(b)(1).  Following briefing (Docs. 11 & 14), the Magistrate Judge issued an R&R, recommending this Court affirm the final decision of the Commissioner denying Oblinger benefits (Doc. 19).

This matter is now before this Court on Oblinger's Objection to the R&R (Doc. 20) and Defendant's Response (Doc. 21).  All of the arguments raised in Oblinger's Objection were previously raised in her brief on the merits and addressed in the R&R (*compare* Doc. 11 at 12–17, *with* Doc. 20 at 2–3; *compare* Doc. 11 at 17–18, *with* Doc. 20 at 3–4).

Pursuant to *Hill v. Duriron Co.*, 656 F.2d 1208 (6th Cir. 1981) and 28 U.S.C. §§ 636(b)(1)(B) & (C), this Court has made a *de novo* determination of the Magistrate Judge's findings. This determination included a review of the administrative record and the Administrative Law Judge's decision. Because the R&R accurately discusses record facts and correctly applies the law to Oblinger's claim, this Court adopts the R&R in full and rejects Oblinger's re-raised arguments for the reasons contained in the R&R.

This Court rejects Oblinger's Objection (Doc. 20) and adopts the R&R (Doc. 19). The claim for benefits is denied and this case is dismissed.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

March 31, 2015